UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT ROTTER,

              Plaintiff,

  v.

BURIEN SQUARE INVESTMENT LLC,

              Defendant.

C22-1422 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court sua sponte EXTENDS the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | January 27, 2023 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | February 10, 2023 |
| Combined Joint Status Report and Discovery Plan | February 10, 2023 |

(2)    The deadlines above may be extended only by the Court.  Any request for an extension should be made by telephone to Judge Zilly's Chambers at (206) 370-8830. If Defendants have appeared, the parties are directed to meet and to confer before contacting the Court to request an extension.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of December, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1